395 P.2d 600

Archie A. TRUJILLO and Annie Trujillo, Richard G. Carlisle and Jeanne R. Carlisle, Victor W. Foote and Virginia R. Foote, Frank Segura and Susan Segura, Robert E. Beasey and M. Lucille Beasey, Erminio E. Flores and Esther Flores, Petitioners,

v.

Honorable Nils T. KJELLSTROM, Small Claims Court Judge in and for the Small Claims Court of Bernalillo County, State of New Mexico, Nationwide Finance Co., aka Nationwide Acceptance Co., Respondents.

No. 7734.

Supreme Court of New Mexico.

Oct. 14, 1964.

COMPTON, Chief Justice, and, CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.